IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KARIM A. MUHAMMAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:08-CV-771-WKW |
| ) | |
| HOMECOMINGS FINANCIAL, LLC ) | |
| a Delaware Limited Liability Company, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the parties' joint stipulation of dismissal (Doc. # 60), which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been dismissed by operation of Rule 41 on the terms agreed to and set out by the parties. The Clerk of the Court is ORDERED to close the case.

DONE this 12th day of May, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE